United States Bankruptcy Court
District of Maryland

In re: Case No. 24-10838-MCR
Jessica L. McMurtrie Chapter 13
Christopher J. McMurtrie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3
Date Rcvd: Jul 11, 2024      Form ID: pdfall      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jessica L. McMurtrie, Christopher J. McMurtrie, 1045 Fairview Road, Hagerstown, MD 21742-3127 |
| 32454454 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 32452641 | + | Longmeadow Stor-It, 19762 Longmeadow Road, Hagerstown, MD 21742-2545 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32452626 | + | Email/Text: bankruptcynotice@1fbusa.com | Jul 11 2024 19:16:00 | 1st Financial Bank USA, Attn: Bankruptcy, 363 W Anchor Dr, Dakota Dunes, SD 57049-5154 |
| 32452627 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 11 2024 19:18:19 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 32452628 | + | Email/Text: kelly@bdfcu.com | Jul 11 2024 19:16:00 | Bulldog FCU, 580 Northern Avenu, Hagerstown, MD 21742-2891 |
| 32467139 | + | Email/Text: bankruptcy@silvermanlegal.com | Jul 11 2024 19:16:00 | Bulldog Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 32453984 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 11 2024 19:15:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32452629 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 19:18:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32452630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 19:18:05 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 32452632 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 19:18:05 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 32452633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 19:17:51 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 32452634 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 11 2024 19:16:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32452635 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 11 2024 19:15:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W. Preston St. Room 409, Baltimore, MD 21201-2383 |
| 32452637 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 11 2024 19:15:00 | First Home Mortgage Corporation, 1 Corporate Dr, Suite 360, Lake Zurich, IL 60047-8945 |
| 32457922 | | Email/Text: mrdiscen@discover.com | Jul 11 2024 19:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdfall | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 32452636 | + | Email/Text: mrdiscen@discover.com | Jul 11 2024 19:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 32452638 | + | Email/Text: bk@freedomfinancialnetwork.com | Jul 11 2024 19:15:00 | FreedomPlus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002-2340 |
| 32452639 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 19:16:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 32490741 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 11 2024 19:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32452631 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2024 19:18:17 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 32470014 | + | Email/Text: RASEBN@raslg.com | Jul 11 2024 19:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32452640 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 11 2024 19:15:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 32507626 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 19:18:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32452642 | | Email/Text: EBN@Mohela.com | Jul 11 2024 19:15:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 32452643 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 11 2024 19:16:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 32474047 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 11 2024 19:16:00 | Navy Federal Credit Union, P.O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32504855 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 11 2024 19:15:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 32452646 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 11 2024 19:15:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 32452645 | + | Email/Text: bankruptcy@patriotfcu.org | Jul 11 2024 19:16:00 | Patriot FCU, Attn: Bankruptcy, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 32453985 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 11 2024 19:16:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32452647 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:28:46 | Syncb/Wolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:17:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452649 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:18:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452650 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:28:46 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:18:03 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:18:02 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:18:03 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:17:47 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32452656 | | Email/Text: Bankruptcy@tyndall.org | Jul 11 2024 19:16:00 | Tyndall Federal Credit Union, Attn: Bankruptcy, |

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdfall | Total Noticed: 44 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Po Box 59760, Panama City, FL 32412 |
| 32453983 | + | Email/Text: crbobb@washco-md.net | Jul 11 2024 19:16:00 | Tax. Auth. of Wash. County, MD, Treasurers Office, 35 West Washington Street, Room 102, Hagerstown, MD 21740-4844 |
| 32452655 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 11 2024 19:16:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 32452657 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 11 2024 19:16:00 | US Bank/Guidance Residential, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 32452658 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 11 2024 19:18:13 | Wf/ame Gem, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, First Home Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 32452644 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

Entered: July 11th, 2024
Signed: July 10th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(at Greenbelt/Baltimore)

| | |
|---|---|
| In re: : | |
| : | |
| **JESSICA L. MCMURTRIE and** : | **Case No. 24-1-0838-MCR** |
| **CHRISTOPHER J. MCMURTRIE,** : | Chapter 13 |
| Debtor(s). : | |
| : | |

## ORDER CONFIRMING PLAN

The plan under chapter 13 of the Bankruptcy Code having been transmitted to creditors and it have been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code it is hereby:

ORDERED, that the plan of the Debtor filed **MAY 7, 2024** is hereby confirmed; and it is further

ORDERED, that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or this case is dismissed or otherwise terminated; and it is further

ORDERED, that the Debtor(s) is/are directed to pay to the Trustee on or before the **31ST** day of each month, the sum of **$400.00** monthly for months **1** through **16,** and the sum of **$625.00** monthly for months **17** through **36**, for a total period of **36** months.

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) resides.

TRUSTEE RECOMMENDATION
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. § 1325 and recommends confirmation

/s/ Timothy P. Branigan
Timothy P. Branigan
Chapter 13 Trustee

cc:   All Creditors
      Debtor(s)
      Debtor(s)' Counsel
      Chapter 13 Trustee

**END OF ORDER**