United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 24-10838-MCR
Jessica L. McMurtrie                                                      Chapter 13
Christopher J. McMurtrie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0                    User: admin                       Page 1 of 2
Date Rcvd: Jul 11, 2024                 Form ID: pdfparty                 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jessica L. McMurtrie, 1045 Fairview Road, Hagerstown, MD 21742-3127 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:18:21 | LOWES HOME CENTERS, LLC, 1000 LOWES BOULEVARD, MOORESVILLE, NC 28117-8520 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

District/off: 0416-0                  User: admin                        Page 2 of 2
Date Rcvd: Jul 11, 2024              Form ID: pdfparty                  Total Noticed: 2
TOTAL: 3

Entered: July 11th, 2024
Signed: July 10th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

In re:                                          :
                                                :
**JESSICA L. MCMURTRIE and**      :      **Case No. 24-1-0838-MCR**
**CHRISTOPHER J. MCMURTRIE,**     :      Chapter 13
                              Debtor(s).      :
                                                :

## ORDER TO PAY DEBTOR'S WAGES TO TRUSTEE

It appearing that **JESSICA L. MCMURTRIE**, S.S.N. **XXX-XX-6409** (if a complete social security number is required for identification, contact the trustee's office: (410) 290-9120), the above-named debtor, filed a plan under Chapter 13 of Title 11 of the United States Code, that the plan was confirmed by this Court, that, under the provisions of 11 U.S.C. § 1325(c), any entity from whom the debtor receives income shall pay all of any part of such income to the Trustee as may be ordered by the Court, and that a portion of the debtor's earning from services are necessary for the execution of the debtor's plan.

It further appearing that the debtor is employed by:

> **LOWE'S HOME CENTERS, LLC**
> **1000 LOWE'S BOULEVARD**
> **MOORESVILLE, NC 28117**
> **Attn: Payroll**

**NOW, THEREFORE**, it is by the United States Bankruptcy Court for the District of Maryland

**ORDERED**, that the named employer is directed to deduct from the earning of the debtor the sum of **$400.00** each calendar month, beginning with the pay period next succeeding the employer's receipt of this Order, and pay the amount deducted, within 15 calendar days of the close of each calendar month, into the Trustee's lockbox as follows:

> **Timothy P. Branigan, Trustee**
> **P.O. Box 480**
> **Memphis, TN  38101-0480**

until further notification by the Trustee or Order of the Court; and it is further

- 1 -

**ORDERED**, that, until Order of the Court, the employer shall not make any deduction for account of any garnishments, wage assignment, credit union or any other purpose except for deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the debtor's employment contract, collections of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligations pursuant to an order of a competent jurisdiction; and it is further

**ORDERED**, that the employer shall notify the Trustee if the debtor's employment terminates.

copies to:

Timothy P. Branigan, Trustee
9891 Broken Land Parkway, #301
Columbia, MD  21046

Lowe's Home Centers, LLC Payroll
1000 Lowe's Boulevard
Mooresville, NC 28117

Jessica and Christopher McMurtrie
1045 Fairview Road
Hagerstown, MD 21742

Eric S. Steiner, Esquire
P.O. Box 17598
PMB 83805
Baltimore, MD 21297

**END OF ORDER**