# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-10838 |
| **CHRISTOPHER J. MCMURTRIE** § | |
| **JESSICA L. MCMURTRIE** § | |
| DEBTOR § | |

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First Home Mortgage | First Home Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**First Home Mortgage**
**PO Box 4638**
**Englewood, Colorado 80155**

Court Claim # (if known): 15-1
Amount of Claim: $129,660.21
Date Claim Filed: 04/08/2024

Phone:
Last Four Digits of Acct #: **xxxxxx2652**

Phone: 800-669-0340
Last Four Digits of Acct.#: xxxx4520

Name and Address where transferee payments should be sent (if different from above):

First Home Mortgage
P.O. Box 660217
Dallas, Texas 75266-0217

Phone:
Last Four Digits of Acct #: **xxxxxx2652**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea          Date:          07/25/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

5000-N-0365

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before July 25, 2024 via U.S. Mail. All otherparties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                                    *Via U.S. Mail*
Christopher J. Mcmurtrie
1045 Fairview Road
Hagerstown, MD 21742

**Debtor**                                    *Via U.S. Mail*
Jessica L. Mcmurtrie
1045 Fairview Road
Hagerstown, MD 21742

Respectfully Submitted,

/s/ Natalie E. Lea
Natalie E. Lea