United States Bankruptcy Court
District of Maryland

In re:     Case No. 24-10838-MCR
Jessica L. McMurtrie     Chapter 13
Christopher J. McMurtrie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 1
Date Rcvd: Jul 24, 2024     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 32603485 | + Email/Text: bkmailings@nbsdefaultservices.com | Jul 24 2024 19:23:00 | Cornerstone Home Lending, a division of, Cornerstone Capital Bank, SSB, PO Box 4638, Englewood, Colorado 80155-4638 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com   eric.steinerlawgroup.com@recap.email |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 24-10838
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jessica L. McMurtrie<br>1045 Fairview Road<br>Hagerstown MD 21742 | Christopher J. McMurtrie<br>1045 Fairview Road<br>Hagerstown MD 21742 |

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim.  A copy of the document received by this Court transferring your claim is included with this Notice.  Please read the document carefully to insure its authenticity and accuracy.

**Name and Address of Alleged Transferor(s):**

Claim No. 15: Cornerstone Home Lending, a division of, Cornerstone Capital Bank, SSB, PO Box 4638, Englewood, Colorado 80155

**Name and Address of Transferee:**

Cornerstone Home Lending, a division of
Cornerstone Capital Bank, SSB
PO Box 4638
Englewood, Colorado 80155

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim.  If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   07/26/24

Mark A. Neal
**CLERK OF THE COURT**